ORDERED.

**Dated: November 26, 2024**

Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:

Haiel Abed Suwaity,

Debtor.
_______________________________/

Case No. 8:19-bk-06321-CPM

Chapter 7

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE**

**THIS CASE** came before the Court without hearing on the Chapter 7 Trustee's Motion to Approve Compromise (Doc. No. 469) (the "Motion"). The Motion was filed with negative notice pursuant to Local Rule 2002-4. Two papers (Doc. Nos. 474 and 475) were filed by Nick Bavishi in opposition to the Motion. The relief requested in those papers has been denied by separate order. *See* Omnibus Order Denying Relief Requested in Three Filings by Nick Bavishi (Doc. No. 483). *See also* Order Barring Nick Bavishi From Filing Any Further Papers in this Case (Doc. No. 476). The Court, having reviewed the Motion, the case file, and being otherwise duly advised in the premises, finds that good cause exists to grant the Motion.

Accordingly, it is

**ORDERED:**

1. The Motion is GRANTED, as set forth herein.

2. The Settlement Agreement[1] between the Trustee and Defendants, Gary Kompothecras, Beth Kompothecras, Physicians Group, LLC, a Delaware limited liability company, successor-by-merger to Physicians Group of Sarasota, LLC, a Florida limited liability company, and SAK Irrevocable Trust Under Agreement Dated December 11, 2012 for the Benefit of Sarah Alice Kompothecras (collectively, the "Defendants"); and Storey Mountain, LLC ("Intervenor") (together, the Trustee, the Defendants, and the Intervenor shall be referred to as the "Parties"), attached as Exhibit "A" to the Motion, is approved.

3. The Parties are authorized and directed to take all actions necessary or appropriate to consummate the terms of the Settlement Agreement.

Attorney Lara Roeske Fernandez is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this order.

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion and Settlement Agreement.